UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Elizabeth E. Brown

In re:

BILLIE JO LUSK,

Debtor.

Bankruptcy Case No. 18-12278 EEB

Chapter 13

## ORDER EXTENDING TIME AND CONTINUING HEARING

THIS MATTER comes before the Court on Debtor's Second Motion to Extend Time ("Motion"), filed with the Court on June 27, 2018.  The Court, being advised in the premises

ORDERS that:

1. The Motion to Extend Time is GRANTED.

2. The hearing on confirmation currently scheduled for July 18, 2018 at 1:30 p.m. is VACATED.

3. The Court will conduct a hearing on a trailing docket on Debtor's further Amended Chapter 13 Plan on **Wednesday, August 8, 2018 at 1:30 p.m.** in Courtroom F, United States Bankruptcy Court, U. S. Custom House, 721 19th Street, Denver, Colorado 80202.  Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically.  Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852 *immediately prior to the time of the scheduled hearing*.  The meeting access code is 345 4024 followed by the # sign.

4. The Debtor shall file and serve an amended plan and notice in substantial conformity with L.B.F. 3015-1.2 and shall serve such notice, along with a copy of the Amended Chapter 13 Plan, **on or before July 5, 2018**.  The deadline for objections **shall be July 19, 2018.**  <u>The notice shall include information regarding how to participate in the hearing telephonically</u>. If Debtors fail to timely file and serve the required documents, this case may be dismissed without further notice or hearing. The Amended Plan and Notice shall be served on the following:

   ☒   Chapter 13 Trustee
   ☒   Previous objectors, parties who have entered an appearance and/or requested notice in the case and any adversely affected parties.

5. If objections are filed to the amended plan, the Debtor shall file a Confirmation Status Report, pursuant to Local Bankruptcy Rule 3015-1(e).  If no objections are received to the amended Chapter 13 Plan, the Debtor shall file a verification in compliance with Local Bankruptcy Rule 3015-1(d).  Either a Verification or a Confirmation Status Report must be filed **on or before August 1, 2018, which is the <u>Wednesday</u> before the confirmation hearing.**

   **IT IS FURTHER ORDERED that no further continuances shall be allowed without good cause.**

DATED this 29th day of June, 2018.

BY THE COURT:

*Elizabeth E. Brown*

Elizabeth E. Brown, Bankruptcy Judge