| UNITED STATES BANKRUPTCY COURT FOR THE STATE OF COLORADO | |
|---|---|
| Debtor 1: Billie Jo Lusk<br>First Name  Middle Name  Last Name | Case NO.: 18-12278 EEB |
| Debtor 2: _____<br>First Name  Middle Name  Last Name | Chapter: 13 |

## Local Bankruptcy Form 3015-1.2
## Notice of Filing of Chapter 13 Plan, Deadline for Filing Objections Thereto and Hearing on Confirmation

Complete applicable sections.

**PART 1**  Objection Deadline

### OBJECTION DEADLINE:    JULY 19, 2018    .

**PART 2**  Notice

NOTICE IS HEREBY GIVEN that the debtor filed a Chapter 13 Plan on July 5, 2018, docket no. 33. A copy of the Chapter 13 Plan is attached. A confirmation hearing on the debtor's plan has been set for **AUGUST 8, 2018** at **1:30 PM** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom F, Fifth Floor, Denver, CO 80202.

> Parties who have fully complied with the requirements of L.B.R. 3015-1 may appear telephonically. Parties wishing to appear telephonically shall call the Court prior to the hearing at 1-888-684-8852 *immediately prior to the time of the scheduled hearing.* The meeting access code is 345 4024 followed by the # sign.

The last day to file an Objection to the plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. Rule 3015-1.

This Notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case at docket number _____, for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

**PART 2**  Signature of Debtor's Attorney or Debtor( if unrepresented)

Dated: July 5, 2018

/s/Jane M. Roberson, Esq.
Jane M. Roberson, #30543
*Counsel to Debtor(s)*
720 South Colorado Blvd. - #630-South
Denver, CO 80246
303-893-0833  Fax: 303-431-0633
e-mail: Roberson@justaskjane.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 5, 2018 he/she served a true and correct copy of the Chapter 13 Plan dated July 3, 2018, Notice of Filing Chapter 13 Plan, Deadline for Filing Objections Thereto, and Hearing on Confirmation was sent via the Bankruptcy Court's ECF noticing service or placed in the U.S. Mail, mail postage prepaid, addressed to the following:

Chapter 13 Trustee, Adam Goodman, Esq. via CM/ECF mail@ch13colorado.com

Attorney Nicholas H. Santarelli, via CM/ECF bankruptcy@janewaylaw.com

Attorney Jon Jay Lieberman, via CM/ECF bankruptcy@sottileandbarile.com

Attorney Kristin A. Zilberstein, via CM/ECF ECFNotifications@ghidottilaw.com

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Colorado Department of Revenue
1375 Sherman Street, Rm 504
Denver, CO 80261-0004

Billie Jo Lusk
4424 S. Van Gorden Way
Morrison, CO 80465

/s/Jane M. Roberson, Esq.